AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Sauflon Pharmaceuticals, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:14-1767-SJF-AKT |
| The Walman Optical Co. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sauflon Pharmaceuticals, Inc. and Clariti Eyewear, Inc.                                                    .

Date:   05/02/2014

/s/ Robert W. Adams
*Attorney's signature*

Robert W. Adams (Va. Bar No. 30820)
*Printed name and bar number*

Nixon & Vanderhye P.C.
901 North Glebe Road
Arlington, VA 22203
*Address*

rwa@nixonvan.com
*E-mail address*

(703) 816-4000
*Telephone number*

(703) 816-4100
*FAX number*

## Certificate of Service

      I certify that on May 2, 2014 I will electronically file this document with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to all counsel of record.

                          /s/ *Robert W. Adams*
                          Robert W. Adams
                          rwa@nixonvan.com
                          NIXON & VANDERHYE P.C.