UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SAUFLON PHARMACEUTICALS, INC. and
CLARITI EYEWEAR, INC.,

                Plaintiffs,                        **NOTICE OF APPEARANCE**

   -against-                                     Case No. 14-cv-1767 (SJF)(AKT)

THE WALMAN OPTICAL COMPANY and
HYDROGEL VISION CORPORATION,

                Defendants.
----------------------------------------------------------x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     **PLEASE TAKE NOTICE** that as of this date, Ruskin Moscou Faltischek, P.C., by Jennifer L. Hartmann, Esq., hereby appears as counsel of record on behalf of defendants, The Walman Optical Company and Hydrogel Vision Corporation. Service of all pleadings, papers, and documents required to be served in this action shall be served upon the undersigned at the office and post office stated below.

Dated: Uniondale, New York
       May 9, 2014

                                       RUSKIN MOSCOU FALTISCHEK, P.C.

                                       By: /s/ Jennifer L. Hartmann
                                           Jennifer L. Hartmann, Esq.
                                           *Attorney for Defendants*
                                           *The Walman Optical Company and*
                                           *Hydrogel Vision Corporation*
                                           1425 RXR Plaza
                                           East Tower, 15th Floor
                                           Uniondale, New York 11556-1425
                                           Telephone: (516) 663-6600
                                           Facsimile: (516) 663-6743
                                           E-mail: jhartmann@rmfpc.com

TO:     SATTERLEE STEPHENS BURKE & BURKE, LLP
        James F. Rittinger, Esq.
        *Attorney for Plaintiffs*
        230 Park Avenue
        New York, New York 10169
        (212) 818-9200