UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
SAUFLON PHARMACEUTICALS, INC. and
CLARITI EYEWEAR, INC.,

                          Plaintiffs,                        **NOTICE OF APPEARANCE**

  -against-                                             Case No. 14-cv-1767 (SJF)(AKT)

THE WALMAN OPTICAL COMPANY and
HYDROGEL VISION CORPORATION,

                          Defendants.
------------------------------------x
TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that as of this date, Ruskin Moscou Faltischek, P.C., by Mark S. Mulholland, Esq., hereby appears as counsel of record on behalf of defendants, The Walman Optical Company and Hydrogel Vision Corporation. Service of all pleadings, papers, and documents required to be served in this action shall be served upon the undersigned at the office and post office stated below.

Dated: Uniondale, New York
       May 9, 2014

                                                      RUSKIN MOSCOU FALTISCHEK, P.C.

                                                      By: _____
                                                         Mark S. Mulholland, Esq.
                                                         *Attorney for Defendants*
                                                          *The Walman Optical Company and*
                                                          *Hydrogel Vision Corporation*
                                                          1425 RXR Plaza
                                                         East Tower, 15th Floor
                                                         Uniondale, New York 11556-1425
                                                         Telephone: (516) 663-6600
                                                         Facsimile: (516) 663-6728
                                                         E-mail: mmulholland@rmfpc.com

TO: SATTERLEE STEPHENS BURKE & BURKE, LLP
James F. Rittinger, Esq.
*Attorney for Plaintiffs*
230 Park Avenue
New York, New York  10169
(212) 818-9200