UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x

SAUFLON PHARMACEUTICALS, INC. and
CLARITI EYEWEAR, INC.,

                      Plaintiffs,   **STIPULATION**

  -against-   Case No. 14-cv-1767 (SJF)(AKT)

THE WALMAN OPTICAL COMPANY and
HYDROGEL VISION CORPORATION,

                      Defendants.
------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties herein, that defendants' time to answer, move or otherwise respond to the Complaint shall be and hereby is adjourned to and including June 16, 2014.

Dated: Uniondale, New York
        May 9, 2014

| **SATTERLEE STEPHENS BURKE & BURKE LLP** | **RUSKIN MOSCOU FALTISCHEK, P.C.** |
|---|---|
| By: /s/ James F. Rittinger | By: /s/ Mark S. Mulholland |
| James F. Rittinger | Mark S. Mulholland |
| 230 Park Avenue | 1425 RXR Plaza, East Tower 15th Fl. |
| New York, New York 10169 | Uniondale, New York 11556 |
| Telephone: (212) 818-9200 | Telephone: (516) 663-6600 |
| Facsimile: (212) 818-9606 | Facsimile: (516) 663-6728 |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |